12 A.3d 204

IN THE MATTER OF DONALD H. MINTZ, AN ATTORNEY AT LAW (ATTORNEY NO. 178651955).

February 15, 2011.

## ORDER

This matter having been duly presented to the Court on the application of **DONALD H. MINTZ** of **EAST HANOVER**, through his counsel, Stephen S. Weinstein, Esquire, and with the consent of the Office of Attorney Ethics, and the Office of Attorney Ethics and **DONALD H. MINTZ** having agreed that respondent lacks the capacity to engage in the practice of law and to assist counsel in his defense of pending ethics charges, and that respondent should be transferred to disability inactive status pursuant to *Rule* 1:20–12(e);

And good cause appearing;

It is ORDERED that **DONALD H. MINTZ** is hereby transferred to disability inactive status, effective immediately, and until the further Order of the Court; and it is further

ORDERED that **DONALD H. MINTZ** is hereby restrained from practicing law during the period that he remains on disability inactive status; and it is further

ORDERED that **DONALD H. MINTZ** comply will *Rule* 1:20–20 governing incapacitated attorneys; and it is further

ORDERED that the disciplinary proceedings against **DONALD H. MINTZ** are hereby deferred, effective immediately, and until the further Order of the Court.